In the Matter of MOHAMMAD NAROOR et al., Respondents, v RIZWAN GONDAL et al., Appellants, and CHARLES SCHWAB & Co., INC., Respondent. (And Another Proceeding.)

Submitted May 31, 2005; decided June 30, 2005

On the Court's own motion, appeal, insofar as taken by Rizwan Gondal on behalf of Gondal Asset Management, Inc., dismissed, without costs, upon the ground that a corporation must appear by attorney (*see* CPLR 321 [a]). On the Court's own motion, appeal by Rizwan Gondal on his own behalf dismissed, without costs, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601). Motion for poor person relief dismissed as academic.

NATIONAL GRANITE TITLE INSURANCE AGENCY, INC., Respondent, v CADLEROCK PROPERTIES JOINT VENTURE, L.P., et al., Appellants.

Submitted May 16, 2005; decided June 30, 2005

Motion to enlarge the record on appeal denied. Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements.

P&N TIFFANY PROPERTIES, INC., Appellant, v LESLIE B. MARON et al., Respondents.

Submitted May 23, 2005; decided June 30, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion to renew, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.